**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND C. WATKINS, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>TUOLUMNE COUNTY JAIL, <br><br>　　　　Defendant. | Case No.: 1:18-cv-01426-SAB (PC) <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE OR SUBMIT A COMPLETE IN FORMA PAUPERIS APPLICATION <br><br> [ECF No. 4] |

　　　Plaintiff Raymond C. Watkins is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on October 15, 2018, along with a motion to proceed in forma pauperis.

　　　On October 17, 2018, the Court issued an order denying, without prejudice, Plaintiff's motion to proceed in forma pauperis because it was incomplete. The Court send Plaintiff a blank application to proceed in forma pauperis by a prisoner and granted him thirty days to re-submit. Over thirty days have passed and Plaintiff has not paid the filing fee or submit a complete in forma pauperis application.

///
///
///
///

1

Accordingly, it is HEREBY ORDERED that within **twenty-one (21)** days from the date of service of this order, Plaintiff shall show cause why the instant action should not be dismissed for failure to comply with a court order.  <u>Plaintiff is advised that the failure to respond to this order will result in a recommendation to dismiss the action</u>.

IT IS SO ORDERED.

Dated:   **December 4, 2018**

_____
UNITED STATES MAGISTRATE JUDGE