UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. WATKINS,<br><br>    Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY JAIL,<br><br>    Defendant. | Case No.: 1:18-cv-01426-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND AUTHORIZING PLAINTIFF TO PROCEED IN FORMA PAUPERIS<br><br>[ECF Nos. 8, 9] |

    Plaintiff Raymond C. Watkins is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    On October 17, 2018, the Court issued an order denying, without prejudice, Plaintiff's motion to proceed in forma pauperis because it was incomplete. The Court sent Plaintiff a blank application to proceed in forma pauperis by a prisoner and granted him thirty days to re-submit. Plaintiff failed to comply with the Court's order. Therefore, on December 4, 2018, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 8.) Plaintiff filed a response to the Court's order on December 17, 2018. (ECF No. 9.) In his response, Plaintiff contends that "[t]he incomplete portion of the [in forma pauperis] form is the sheriff's duty to fill out … and staff refuses to complete …." (Id.) Plaintiff further indicates that he there is nothing he can do about it now because he has moved facilities. (Id.)

///

1

Based on Plaintiff's representations and the fact that he has been granted in forma pauperis status in other pending cases in this Court, the Court will grant Plaintiff in forma pauperis in this action.[1] See Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 n.6 (9th Cir. 2006) (holding that courts "may take judicial notice of court filings and other matters of public record."); Neylon v. Cty. Of Inyo, No. 1:16-cv-00712-AWI-JLT, 2016 WL 6834097, at *2 (E.D. Cal. Nov. 21, 2016) ("Federal courts may take judicial notice of orders and proceedings in other courts, including transcripts.").

Accordingly, it is HEREBY ORDERED that:

1. The Court's December 4, 2018, order to show cause is DISCHARGED;
2. Plaintiff is granted in form pauperis status in this action; and
3. The Court will screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) in due course.

IT IS SO ORDERED.

Dated: **December 19, 2018**

UNITED STATES MAGISTRATE JUDGE

---

[1] See Watkins v. Tuolumne County Jail et.al., 1:18-cv-00779-SAB (PC) (granted in forma pauperis status on June 29, 2018); Watkins v. Tuolumne County et.al., 1:18-cv-00787-JDP (PC) (granted in forma pauperis status on July 25, 2018); Watkins v. Tuolumne County Jail et.al., 1:18-cv-01148-JLT (PC) (granted in forma pauperis status on September 17, 2018); Watkins v. Tuolumne County Jail, 1:18-cv-01158-BAM (PC) (granted in forma pauperis status on November 7, 2018); Watkins v. Tuolumne County, 1:18-cv-01226-JDP (PC) (granted in forma pauperis status on September 19, 2018).